IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-00469-FL

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CASSANDRA SKINNER-HOEKSTRA, *et al.*, | ) |
| Defendants. | ) |

THIS MATTER is before the Court on the Motion to Substitute Party Defendant and to Amend Caption filed by Defendant, North Carolina Department of Public Safety. The Court has determined that, pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, the Motion should be granted.

It is hereby ORDERED that Defendants, North Carolina Department of Public Safety and Erik A. Hooks, shall be substituted out as party Defendants and replaced as party Defendants by North Carolina Department of Adult Correction and Todd Ishee, in his official capacity only, and the caption shall be amended to reflect these substitution of parties.

Dated: March 31, 2023

*Robert T. Numbers II*
Robert T. Numbers, II
United States Magistrate Judge